Michael O'Brien, Esq.
Logan Nutzman, Esq.
ST. PETER LAW OFFICES, P.C.
2620 Radio Way, P.O. Box 17255
Missoula, MT 59808
Telephone:  (406) 728-8282
Telefax:  (406) 728-8141
mike@stplawoffices.com
logan@stplawoffices.com
*Attorneys for Plaintiff*

Kristina N. Holmstrom, Pro Hac Vice
Ogletree, Deakins, Nash, Smoak & Stewart, P.A.
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 778-3700
Telefax: (602) 778-3750
kristina.holmstrom@ogletree.com
*Attorney for Defendant Symetra Life*
*Insurance Company*

Eric Brooks
Moore, Cockrell, Goicoechea & Johnson, P.C.
145 Commons Loop, Suite 200
PO Box 7370
Kalispell, MT 59904-7370
406-751-6004
ebrooks@mcgalaw.com
*Attorney for Defendant*
*Symetra Life Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| TODD STEPHAN BOEHMLER, | Case No. 9:22-cv-00132-DLC-KLD |
|---|---|
| Plaintiff, | |

| | |
|---|---|
| v.<br><br>SYMETRA LIFE INSURANCE COMPANY, and BROWN & JOSEPH, LLC, an Illinois limited liability company.<br><br>                    Defendants. | **JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE RULE 16 ORDER** |

Plaintiff Todd Stephan Boehmler and Defendant Symetra Life Insurance Company hereby respectfully provide notice to the Court that a settlement agreement has been reached between the parties in this matter. The parties are working diligently to finalize and execute the documents associated with this settlement. Following execution, the parties anticipate submitting to the Court a joint Stipulation for Dismissal with Prejudice. In light of this, the parties respectfully request the Court vacate the present Rule 16, F.R.Civ.P., Order (Doc. 3), dated August 5, 2022, and all deadlines set in that Order, including vacating the preliminary pretrial conference currently set for October 12, 2022.

A proposed Order is attached for the Court's consideration.

Respectfully submitted on October 5, 2022.

\

\

\

By: /s/ Michael O'Brien
Michael O'Brien, Esq.
Logan Nutzman, Esq.
ST. PETER LAW OFFICES, P.C.
2620 Radio Way, P.O. Box 17255
Missoula, MT 59808
Telephone:  (406) 728-8282
Telefax:  (406) 728-8141
mike@stplawoffices.com
logan@stplawoffices.com
*Attorneys for Plaintiff*

By: /s/ Kristina N. Holmstrom
Kristina N. Holmstrom, Pro Hac Vice
Ogletree, Deakins, Nash, Smoak &
Stewart, P.A.
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 778-3700
Telefax: (602) 778-3750
kristina.holmstrom@ogletree.com
*Attorney for Defendant Symetra Life Insurance Company*

By: /s/ Eric Brooks
Eric Brooks
Moore, Cockrell, Goicoechea & Johnson, P.C.
145 Commons Loop, Suite 200
PO Box 7370
Kalispell, MT 59904-7370
Telephone:  (406) 751-6004
ebrooks@mcgalaw.com
*Attorney for Defendant Symetra Life Insurance Company*