IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TODD STEPHAN BOEHMLER,<br><br>Plaintiff,<br><br>v.<br><br>SYMETRA LIFE INSURANCE COMPANY, and BROWN & JOSEPH, LLC, an Illinois limited liability company.<br><br>Defendants. | CV 22–132–M–DLC<br><br><br><br>ORDER |

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 16.) Plaintiff Todd Stephan Boehmler and Defendant Symetra Life Insurance Company stipulate to the dismissal of this matter with prejudice under Rule 41(a)(1)(A)(ii), with each party to bear its own costs and fees. (*Id.* at 2.) The Court construes the Stipulation's request to dismiss "all claims asserted in this matter against Defendants," (*id.* at 2), and to dismiss the entire matter with prejudice, (*see* Doc. 16-1), to include dismissal of Symetra Life Insurance Company's counter claim against Mr. Boehmler. Defendant Brown and Joseph, LLC, has not appeared in this action to date, and therefore need not have signed the Stipulation.

1

Accordingly, IT IS ORDERED that this case is DISMISSED WITH PREJUDICE pursuant to the parties' Stipulation (Doc. 16) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees. The Clerk of Court is directed to close the case file.

DATED this 29th day of December, 2022.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court